# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KALUBA N., | Case No. 20-CV-1856 (NEB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), and DEPARTMENT OF HOMELAND SECURITY (DHS), | |
| Respondents. | |

The Court has received the November 12, 2020 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED AS MOOT; and

3. This action is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

Dated: December 22, 2020          BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge